I000379473090052422

## State of Louisiana
## Secretary of State

05/19/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

NATIONWIDE INSURANCE COMPANY
MR. GORDON E. MCCUTCHAN
ONE NATIONWIDE PLAZA
COLUMBUS, OH  43216

Suit No.: 90423
29TH JUDICIAL DISTRICT COURT
SAINT CHARLES PARISH

ESTATE OF BARBARA EASLEY
vs
NATIONWIDE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  M. LOCKWOOD

Date: 05/18/2022
Title:  DEPUTY SHERIFF

No: 1235761

AB

# EXHIBIT A



**CITATION FOR PETITION**



*EASLEY, BARBARA  ESTATE OF*

*Versus*

*NATIONWIDE INSURANCE COMPANY*
*THROUGH THE SECRETARY OF STATE*

*Civil Case: 00090423*
*Division: D*
*29th Judicial District Court*
*Parish of St. Charles*
*State of Louisiana*

---

PLEASE    NATIONWIDE INSURANCE COMPANY
SERVE:    THROUGH ITS REGISTERED AGENT
          LOUISIANA SECRETARY OF STATE
          8585 ARCHIVES AVENUE
          BATON ROUGE, LA 70809

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

☒ **Certified Copy of Original Petition**
☐ **Certified Copy of Amended Petition**
☐ **Discovery Request**

SERVED ON
R. KYLE ARDOIN

MAY 1 8 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 29th Judicial District Court located 15045 River Road, P.O. Box 424 Hahnville, Louisiana 70057 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C.  The Court may grant additional time for answering.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the 29th Judicial District Court, Parish of St. Charles, on the 9TH day of MAY, 2022.

Respectfully,
Lance Marino
CLERK OF COURT

BRANDIE L. FABRE
Deputy Clerk of Court

**Service Information**

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service or Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned: Parish of _____ this _____ day of _____, 20_____.

Service      $_____

Total   $_____

By: _____
Deputy Sheriff

[ ORIGINAL ]

TWENTY-NINTH JUDICIAL DISTRICT COURT

PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.   90423                                    DIVISION "D"

ESTATE OF BARBARA EASLEY

VERSUS

NATIONWIDE INSURANCE COMPANY

FILED:_____ DY. CLERK:_____

*****************************************************************************
### PETITION FOR DAMAGES

The petition of **THE ESTATE OF BARBARA EASLEY,** hereinafter referred to as Petitioner, and resident of the Parish of St. Charles, State of Louisiana, respectfully represents:

1.

Made defendant herein is **NATIONWIDE INSURANCE COMPANY,** a foreign insurance company which is authorized to do and doing business in the State of Louisiana;

2.

At all times relevant hereto, Petitioner owned the property located at **111 Ormond Meadows Dr., Destrehan, LA 70047.**

3.

At all times relevant hereto Defendant provided a policy of insurance to Petitioner, which provided coverage for the incident and damages at issue herein.

4.

On or about August 29, 2021, Hurricane Ida wrecked St. Charles parish, Louisiana.

5.

The winds and rain from Hurricane Ida caused massive damage to petitioner's insured property.

6.

Consequently, the damages to plaintiff's property were caused by wind and rain.

7.

Immediately after the Hurricane, petitioner reported the damage to Defendant and made demand for payment.

8.

Satisfactory proof of loss was supplied to Defendant by defendant inspecting the insured premises.

9.

A Supplemental proof of loss was submitted by Petitioner to Nationwide on March 1, 2022.

10.

Thereafter, Defendant failed to fulfill its obligations under the policy of insurance, and is liable unto your petitioner for the following reasons, to-wit:

a.  Failing to pay for all damages due under the policy;

b.  Failing to include all damages in scope of loss / damage estimate;

c.  Failing to bring in qualified professionals to timely and properly assess all of the damages;

d.  Overly depreciating the value of the property and the value of contents items;

e.  Refusing to explain or provide insured with a copy of the depreciation schedule used to calculate depreciation;

f.  Failing to pay for post-catastrophe price increases;

g.  Failing to timely and/or fully pay Additional Living Expenses;

h.  Failing to timely and/or fully pay all lost rents;

i.  Failure to timely and properly communicate with insured; and

j.  Arbitrary and capricious failure to investigate, initiate loss adjustment, analyze, and pay claim in good faith and within a reasonable period of time, all in violation of LSA R.S. Arts. 22:1973 and 22:1892.

11.

As a result of the foregoing acts and/or omissions, Defendant should adequately compensate petitioners for all items covered under the policy of insurance, including but not limited to:

a.  Full value of the property damage to petitioner's property;

b.  Loss of Use;

c.  Recoverable Depreciation;

d.  Mold Damage and Remediation;

2

e.   Debris Clean Up and Removal;

f.   Cost of Compliance;

i.   Mental Anguish;

j.   Attorney fees and case costs;

l.   Lost contents;

m.   Hail damage;

n.   Arbitrary and capricious penalties, attorney's fees, and general and special

damages pursuant to LSA R.S. Arts. 22:1973 and 22:1892; and

o.   Wrongfully denying coverage for the loss..

WHEREFORE, your petitioner, **Estate of Barbara Easly**, prays that defendant, **NATIONWIDE INSURANCE COMPANY**, be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of your petitioners for all amounts commensurate with their damages to include property damage, loss of use, recoverable depreciation, mold damage and remediation, debris clean up and removal, cost of compliance, loss of contents, and arbitrary and capricious penalties and attorney's fees pursuant to LSA R.S. Arts. 22:1973 and 22:1892, all as reasonable under the premise, to be determined by the trier of fact; said judgment against defendant, **NATIONWIDE INSURANCE COMPANY**, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully submitted,

ANDERSON TRAYLOR EDWARDS

Christopher J. Edwards, Jr., Bar #35471
Ashley Anderson Traylor, Bar #36287
P.O. Drawer 4129
Hammond, Louisiana 70404
Phone – (985) 345-7777
Fax – (985) 221-7501
christopher@ateattorneys.com

*along with co-counsel*

EDWARDS and STEVENS LAW FIRM

Brad Stevens
102 N. Myrtle Street
Amite, LA 70422

3

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF COURT
ST. CHARLES PARISH

Phone – (985) 747-1088
Fax – (985) 747-1086
brad@edwardsandstevens.com

**Please Serve:**

**NATIONWIDE INSURANCE COMPANY**

Through the Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

4

RECEIVED
MAY 17 2022
E.B.R. SHERIFF'S OFFICE

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**





1-30.405



FIRST CLASS



SS151-A

**CERTIFIED MAIL®**

7021 2720 0003 4537 4036



# Notice of Service of Process

**TV / ALL**
**Transmittal Number: 25301435**
**Date Processed: 07/31/2022**

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215-2410 |
| **Electronic copy provided to:** | Ashley Roberts |
| **Entity:** | Scottsdale Insurance Company<br>Entity ID Number  3286058 |
| **Entity Served:** | Scottsdale Insurance Company |
| **Title of Action:** | Estate of Barbara Easley vs. Nationwide Insurance Company |
| **Matter Name/ID:** | Estate of Barbara Easley vs. Nationwide Insurance Company (12628963) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | St. Charles Parish District Court, LA |
| **Case/Reference No:** | 90423 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 07/29/2022 |
| **Answer or Appearance Due:** | 21 days |
| **Originally Served On:** | LA - Sec. of State on 07/27/2022 |
| **How Served:** | Certified Mail |
| Sender Information: | Anderson Traylor Edwards<br>n/a |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# State of Louisiana
## Secretary of State

07/28/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

SCOTTSDALE INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA  70802-5921

Suit No.: 90423
29TH JUDICIAL DISTRICT COURT
SAINT CHARLES PARISH

ESTATE OF BARBARA EASLEY
vs
NATIONWIDE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  J. SHOWS

Date: 07/27/2022
Title:  DEPUTY SHERIFF

No: 1243881



DB

# CITATION FOR PETITION

**EASLEY, BARBARA ESTATE OF**

*Versus*

**SCOTTSDALE INSURANCE COMPANY**
**THROUGH THE SECRETARY OF STATE**



Civil Case: **00090423**
Division: **D**
**29th Judicial District Court**
**Parish of St. Charles**
SERVED State of Louisiana
R. KYLE ARDOIN

| | |
|---|---|
| PLEASE<br>SERVE: | SCOTTSDALE INSURANCE COMPANY<br>THROUGH ITS REGISTERED AGENT FOR SERVICE<br>LOUISIANA SECRETARY OF STATE<br>8585 ARCHIVES AVENUE<br>BATON ROUGE, LA 70809 |

JUL 27 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

☒ **Certified Copy of Original Petition**
☐ **Certified Copy of Amended Petition**
☐ **Discovery Request**

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 29th Judicial District Court located 15045 River Road, P.O. Box 424 Hahnville, Louisiana 70057 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

### Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

### Article 1001 of the Louisiana Code of Civil Procedure states:

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 29th Judicial District Court, Parish of St. Charles, on the 15TH  day of JULY, 2022.

Respectfully,
Lance Marino
CLERK OF COURT

<u>BRANDIE L. FABRE</u>
Deputy Clerk of Court

## Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____
served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned: Parish of _____ this _____ day of _____, 20_____.

Service        $_____

Total  $_____        By: _____
                                   Deputy Sheriff

[ ORIGINAL ]

TWENTY-NINTH JUDICIAL DISTRICT COURT

PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.    **90423**                                    DIVISION "D"

ESTATE OF BARBARA EASLEY

VERSUS

NATIONWIDE INSURANCE COMPANY

FILED:_____ DY. CLERK:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, **The Estate of Barbara Easley,** who respectfully request leave to file the attached proposed First Amended Petition for Damages for the following reasons:

1.

The original Petition for Damages was filed in this proceeding on May 4, 2022.

2.

After Petitioner filed her original Petition, it was discovered that defendant, Nationwide Insurance Company, was named incorrectly and the correct insurance company is Scottsdale Insurance Company.

3.

Therefore, Petitioner wishes to amend the caption of this proceeding to read as follows:

"ESTATE OF BARBARA EASLEY

VERSUS

SCOTTSDALE INSURANCE COMPANY"

4.

Defendants have not filed an Answer in this matter, leave of court is not necessary for Petitioner to file a Supplemental and Amending Petition for Damages.

5.

Petitioner renews and reiterates all of the allegations (as amended herein) and all of the prayers of the original Petition for Damages.

WHEREFORE, Petitioner prays that this Honorable Court file this First Supplemental and Amending Petition for Damages, and that the Defendants be duly served with a copy of the original Petition for Damages along with this First Supplemental and Amending Petition for Damages in accordance with the law and cited to appear and answer same, and after all legal delays and due proceedings be had, that there be judgment in favor of Petitioner, The Estate of Barbara Easley and against Defendants, Scottsdale Insurance Company, severally, and *in solido* for a reasonable amount to compensate Petitioner for her damages, together with legal interest from date of judicial demand until paid, and all expert fees and all costs of these proceedings. Petitioner further prays for all general and equitable relief allowed by law.

Respectfully submitted:

ANDERSON TRAYLOR EDWARDS

_____
Christopher J. Edwards, Jr., Bar #35471
Ashley Anderson Traylor, Bar #36287
P.O. Drawer 4129
Hammond, Louisiana 70404
Phone – (985) 345-7777
Fax – (985) 221-7501
christopher@ateattorneys.com

*along with co-counsel*

EDWARDS and STEVENS LAW FIRM

_____
Brad Stevens
102 N. Myrtle Street
Amite, LA 70422
Phone – (985) 747-1088
Fax – (985) 747-1086
brad@edwardsandstevens.com

**Please Serve:**

**SCOTTSDALE INSURANCE COMPANY**
Through the Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE

_____
CLERK OF COURT
ST. CHARLES PARISH

2

TWENTY-NINTH JUDICIAL DISTRICT COURT

PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.   **90423**                                    DIVISION "D"

ESTATE OF BARBARA EASLEY

VERSUS

NATIONWIDE INSURANCE COMPANY

FILED:_____ DY. CLERK:_____

**ORDER**

Considering the foregoing motion:

**IT IS ORDERED** that the attached proposed First Amended Petition for Damages be

filed as prayed.

Hahnville, Louisiana this 27th day of _____July_____, 2022.

_____

Honorable M. Lauren Lemmon
29th Judicial District Court- Division "D"

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.
CLERK OF COURT
ST. CHARLES PARISH

3

TWENTY-NINTH JUDICIAL DISTRICT COURT

PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.   90423                                    DIVISION "D"

ESTATE OF BARBARA EASLEY

VERSUS

NATIONWIDE INSURANCE COMPANY

FILED:_____ DY. CLERK:_____

*************************************************************************

## PETITION FOR DAMAGES

The petition of **THE ESTATE OF BARBARA EASLEY,** hereinafter referred to as Petitioner, and resident of the Parish of St. Charles, State of Louisiana, respectfully represents:

1.

Made defendant herein is **NATIONWIDE INSURANCE COMPANY,** a foreign insurance company which is authorized to do and doing business in the State of Louisiana;

2.

At all times relevant hereto, Petitioner owned the property located at **111 Ormond Meadows Dr., Destrehan, LA 70047.**

3.

At all times relevant hereto Defendant provided a policy of insurance to Petitioner, which provided coverage for the incident and damages at issue herein.

4.

On or about August 29, 2021, Hurricane Ida wrecked St. Charles parish, Louisiana.

5.

The winds and rain from Hurricane Ida caused massive damage to petitioner's insured property.

6.

Consequently, the damages to plaintiff's property were caused by wind and rain.

7.

Immediately after the Hurricane, petitioner reported the damage to Defendant and made demand for payment.

8.

Satisfactory proof of loss was supplied to Defendant by defendant inspecting the insured premises.

9.

A Supplemental proof of loss was submitted by Petitioner to Nationwide on March 1, 2022.

10.

Thereafter, Defendant failed to fulfill its obligations under the policy of insurance, and is liable unto your petitioner for the following reasons, to-wit:

    a.    Failing to pay for all damages due under the policy;

    b.    Failing to include all damages in scope of loss / damage estimate;

    c.    Failing to bring in qualified professionals to timely and properly assess all of the damages;

    d.    Overly depreciating the value of the property and the value of contents items;

    e.    Refusing to explain or provide insured with a copy of the depreciation schedule used to calculate depreciation;

    f.    Failing to pay for post-catastrophe price increases;

    g.    Failing to timely and/or fully pay Additional Living Expenses;

    h.    Failing to timely and/or fully pay all lost rents;

    i.    Failure to timely and properly communicate with insured; and

    j.    Arbitrary and capricious failure to investigate, initiate loss adjustment, analyze, and pay claim in good faith and within a reasonable period of time, all in violation of LSA R.S. Arts. 22:1973 and 22:1892.

11.

As a result of the foregoing acts and/or omissions, Defendant should adequately compensate petitioners for all items covered under the policy of insurance, including but not limited to:

    a.    Full value of the property damage to petitioner's property;

    b.    Loss of Use;

    c.    Recoverable Depreciation;

    d.    Mold Damage and Remediation;

2

e.   Debris Clean Up and Removal;

f.   Cost of Compliance;

i.   Mental Anguish;

j.   Attorney fees and case costs;

l.   Lost contents;

m.   Hail damage;

n.   Arbitrary and capricious penalties, attorney's fees, and general and special damages pursuant to LSA R.S. Arts. 22:1973 and 22:1892; and

o.   Wrongfully denying coverage for the loss..

WHEREFORE, your petitioner, **Estate of Barbara Easly**, prays that defendant, **NATIONWIDE INSURANCE COMPANY**, be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of your petitioners for all amounts commensurate with their damages to include property damage, loss of use, recoverable depreciation, mold damage and remediation, debris clean up and removal, cost of compliance, loss of contents, and arbitrary and capricious penalties and attorney's fees pursuant to LSA R.S. Arts. 22:1973 and 22:1892, all as reasonable under the premise, to be determined by the trier of fact; said judgment against defendant, **NATIONWIDE INSURANCE COMPANY**, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully submitted:

ANDERSON TRAYLOR EDWARDS

_____
Christopher J. Edwards, Jr., Bar #35471
Ashley Anderson Traylor, Bar #36287
P.O. Drawer 4129
Hammond, Louisiana 70404
Phone – (985) 345-7777
Fax – (985) 221-7501
christopher@ateattorneys.com

*along with co-counsel*

EDWARDS and STEVENS LAW FIRM

_____
Brad Stevens
102 N. Myrtle Street
Amite, LA 70422

3

Phone – (985) 747-1088
Fax – (985) 747-1086
brad@edwardsandstevens.com

**Please Serve:**

**NATIONWIDE INSURANCE COMPANY**

Through the Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF COURT
ST. CHARLES PARISH

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA  70804-9125**



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7020 1290 0000 7547 5995

FIRST CLASS



**US POSTAGE** PM PITNEY BOWES

ZIP 70802        $ 009.17⁰
02 4W
0000382749 JUL  28  2022

SS104 (R 06/18)

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 90423                                           DIVISION "D"

ESTATE OF BARBARA EASLEY

VERSUS

SCOTTSDALE INSURANCE COMPANY

FILED: _____        _____

DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes Scottsdale Insurance Company, sought to be made a defendant herein, and while preserving all rights to raise objections, exceptions and waiving none of its rights, appears herein solely for the purpose of requesting that this Court grant an extension of time to September 1, 2022 to file responsive pleadings in this matter, and answer and/or object to the plaintiff's Petition for Damages, original and amended, and accordingly, moves the Court for an extension of time to September 1, 2022 to answer and/or object to plaintiff's Petition for Damages, original and amended.

Respectfully submitted:

MARK E. HANNA (#19336)
TREVOR M. CUTAIAR (#33082)
MOULEDOUX, BLAND, LEGRAND &
BRACKETT, LLC
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Telephone    (504) 595-3000
Facsimile:    (504) 522-2121
E-mail:        mhanna@mblb.com
              tcutaiar@mblb.com

*Attorneys for Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on all parties by U.S. First Class Mail with proper postage, by email, by hand delivery or by facsimile on the _____ day of August, 2022.

_____

MARK E. HANNA

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 90423                                        DIVISION "D"

ESTATE OF BARBARA EASLEY

VERSUS

SCOTTSDALE INSURANCE COMPANY

FILED: _____      _____

DEPUTY CLERK

### ORDER

Considering the above and foregoing, it is ORDERED by the Court that Scottsdale

Insurance Company be and the same is hereby allowed until September 1, 2022 to file

responsive pleadings in the above-captioned matter.

Luling

Hahnville, Louisiana, this 22nd of August, 2022.

## S/M. LAUREN LEMMON

_____

HON. M. LAUREN LEMMOM
Judge, Division D